Jeffrey I. Hasson  
Attorney at Law  
12707 NE Halsey St.  
Portland, OR 97230  
Phone: (503) 255-5352  
Facsimile: (503) 255-6124  
E-Mail: hasson@hassonlawllc.com  
Washington State Bar No. 23741  
Attorney for Defendant

Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| BRYAN ANDREWS,<br><br>   Plaintiffs,<br><br>vs.<br><br>SIMM ASSOCIATES, INC.,<br><br>   Defendant. | Case No.: 3:16-CV-05770-BHS<br><br>DECLARATION OF JEFFREY I. HASSON |

The undersigned makes this Declaration on Defendant Simm Associates, Inc. ("Simm")'s behalf.

1. I am over the age of eighteen and am otherwise competent to testify herein. This declaration is based upon my personal knowledge.

2. I am Attorney for Simm in this matter and make this declaration in that capacity.

3. Attached hereto and incorporated by this reference are true and correct copies of the following:

   a. A redacted copy of Plaintiff's Response to Interrogatories marked as Exhibit "1".

DECLARATION OF JEFFREY I. HASSON -- Page 1  
Case No.: 3:16-CV-05770-BHS

Hasson Law, LLC  
Attorneys at Law  
12707 NE. Halsey Street  
Portland, OR 97230  
Telephone No. (503) 255-5352  
Facsimile No. (503) 255-6124

4. A redacted copy of the deposition of Jeffrey Scott Simendinger marked as Exhibit "2".

5. On April 25, 2017, I contacted Plaintiff's attorney, Mr. Joshua Trigsted, to confer with regards to Simm's Motion for Summary Judgment to see if some of the claims could be disposed of without the necessity of a Motion for Summary Judgment.

6. I informed Mr. Trigsted that the discovery confirmed that the communications in question were not made to a cell phone, and asked if the TCPA case could be dismissed since the allegations in the Complaint as to a cell phone were inconsistent with the discovery provided by Plaintiff. He informed me that he did not intend to dismiss the claim for violation of the TCPA. He informed me that he believed that if the Plaintiff was charged for the incoming calls on a landline that he believed that Plaintiff could recover on the TCPA. He informed me that he intended to amend to plead this theory.

7. I also informed Mr. Trigsted that my research showed that the phone number did not belong to Plaintiff. Instead, the phone number belonged to a corporation-- Andrews Nation, Inc., a Washington corporation, with UBI Number 602940455, located at 9208 NE Hwy 99 # 107, Vancouver, WA 98665 doing business as the unregistered name of Accelerated Postal & Print. I informed him that I believed that Plaintiff was not the real party in interest to pursue the TCPA claim as that the claim, if any, had to be pursued by Andrews Nation, Inc. He informed me that he did not intend to dismiss the TCPA claim because Plaintiff intended to pursue the claim as a de facto assigned claim from Andrews Nation, Inc. He sent me a case that he claimed supported his allegation. A copy of the email and case sent is attached hereto marked Exhibit "3", and is incorporated by reference thereto.

8. He informed me that even though the amendment deadline had expired that he intended to move to amend the complaint to allege these new allegations. This is the first notice to me of the new allegations.

DECLARATION OF JEFFREY I. HASSON -- Page 2
Case No.: 3:16-CV-05770-BHS

Hasson Law, LLC
Attorneys at Law
12707 NE. Halsey Street
Portland, OR  97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

9. I also requested that he dismiss the FDCPA claim because the volume of calls were to Andrews Nation, Inc. and not to Plaintiff such that Plaintiff was not the real party in interest on that claim.

10. Mr. Trigsted informed me he intended to continue to pursue the FDCPA claim.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated June 19, 2017 at Portland, Oregon.

/s/ Jeffrey I. Hasson
Jeffrey I. Hasson

DECLARATION OF JEFFREY I. HASSON -- Page 3
Case No.: 3:16-CV-05770-BHS

Hasson Law, LLC
Attorneys at Law
12707 NE. Halsey Street
Portland, OR 97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

Certificate of Service

1

2  I hereby certify that on June 19, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Joshua Trigsted and I hereby certify on that I mailed by United States Postal Service the document to the following:

3

4

5  s/ Jeffrey I. Hasson
Jeffrey I. Hasson, WSBA#23741
Attorney for Simm
6  Hasson Law, LLC
12707 NE Halsey St.
7  Portland, OR 97230
Phone: (503) 255-5352
8  Facsimile: (503) 255-6124
E-Mail: hasson@hassonlawllc.com

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

CERTIFICATE OF SERVICE -- Page 1
Case No.: 3:16-CV-05770-BHS

Hasson Law, LLC
Attorneys at Law
12707 NE. Halsey Street
Portland, OR 97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124